24

397 P.3d 1130

Virendra NATH, Nancy Makowski, Krishna Narayan, and Sherrie Narayan, Plaintiffs-Appellees,

v.

THE RITZ-CARLTON HOTEL COMPANY, L.L.C., The Ritz-Carlton Development Co., Inc., Marriott International, Inc., Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, L.L.C., Marriott Two Flags, LP, and MH Kapalua Venture, LLC, Defendants-Appellants,

and

Kapalua Bay, LLC, Maui Land & Pineapple Co., Inc., Kapalua Realty Co., Ltd., Exclusive Resorts, LLC, MLP KB Partner, LLC, Exclusive Resorts Club I Holdings, LLC, Exclusive Resorts Development Company, LLC, ER Kapalua Investors Fund Holdings, LLC, ER Kapalua Investors Fund, LLC, Kapalua Bay Holdings, LLC, et al., Defendants-Appellees.

SCAP-13-0002732

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, July 14, 2017.

ON REMAND FROM THE UNITED STATES SUPREME COURT (CAAP-13-0002732; CIV. NO. 11-1-0216)

SUMMARY DISPOSITION ORDER

Affirmed.

397 P.3d 1130

Krishna NARAYAN; Sherrie Narayan; Virendra Nath; Nancy Makowski; Keith Macdonald, as Co-Trustee for the DKM Trust dated October 7, 2011; Simon Yoo; Sumiyo Sakaguchi; Susan Renton; Individually and as Trustee for The Renton Family Trust dated 12/3/09; Stephen Xiang Pang; Faye Wu Liu; Massy Mehdipour, Individually and as Trustee for Massy Mehdipour Trust dated June 21, 2006; G. Nicholas Smith; Tristine Smith; Ritz 1303 Re, LLC, a Colorado Limited Liability Company; Clifford W. Chaffee; Bradley Chaffee, Individually and as Trustee of the Charles V. Chaffee BRC Stock Trust dated 12/1/99, and the Clifford W. Chaffee BRC Stock Trust dated 1/4/98, Gary S. Anderson, Ronald W. Lorenz, and Renee Y. Lorenz, Plaintiffs-Appellees,

v.

MARRIOTT INTERNATIONAL, INC.; The Ritz-Carlton Development Company, Inc.; The Ritz-Carlton Management Company, LLC; John Albert; Edgar Gum; The Ritz-Carlton Hotel Company, LLC; Marriott Vacations Worldwide Corporation; Marriott Ownership Resorts, Inc.; Marriott Two Flags, LP; and MH Kapalua Venture, LLC, Defendants-Appellants,

and

Maui Land & Pineapple Co., Inc.; Exclusive Resorts, LLC; Kapalua Bay, LLC; Association of Apartment Owners of Kapalua Bay Condominium; Caroline Peters Belsom; Cathy Ross; Robert Parsons; Ryan Churchill; MLP KB Partner LLC; Kapalua Bay Holdings, LLC; ER Kapalua Investors Fund, LLC; ER Kapalua Investors Fund Holdings, LLC; Exclusive Resorts Development Company, LLC; and Exclusive Resorts Club I Holdings, LLC, Defendants-Appellees.

SCAP-13-0003607

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, July 14, 2017.

ON REMAND FROM THE UNITED STATES SUPREME COURT (CAAP-13-0003607; CIV. NO. 12-1-0586)

SUMMARY DISPOSITION ORDER

Affirmed.

■

397 P.3d 1131

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Jon Riki KARAMATSU, Defendant-Appellant.**

**NO. CAAP-16-0000246**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 30, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION, (CASE NO. 1DTA-15-01669)

MEMORANDUM OPINION

Affirm.

■

397 P.3d 1131

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Paul Stephen GLEED, Defendant-Appellant**

**NO. CAAP-16-0000373**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 30, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTC-15-052965)

SUMMARY DISPOSITION ORDER

Remand.